IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| *ex rel.* JEAN N. MOORE, M.D. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No 13-3019-CV-S-SRB |
| v. ) | |
| ) | **FILED EX PARTE AND** |
| MERCY HEALTH SPRINGFIELD ) | **UNDER SEAL** |
| COMMUNITIES f/k/a ST. JOHN'S ) | |
| HEALTH SYSTEM, INC., *et al.,* ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This Court having been informed of a settlement entered into among the Relator, the Defendants, and the United States, and the parties having filed a Stipulation of Dismissal and Request for Partial Lifting of the Seal, it is hereby ORDERED this 30th day of July, 2015, that this action is dismissed: (a) with prejudice to the Relators for all claims; (b) with prejudice to the United States for the claims released by the United States in the parties' Settlement Agreement (the "Covered Conduct"); and (c) without prejudice to the United States for any claims in this action that are not specifically released by the United States in the parties' Settlement Agreement.

It is FURTHER ORDERED that the seal be lifted on the Relator's Complaint and First Amended Complaint, this Notice, and this Order; and that all other pleadings in this case remain under seal.

Dated July 30, 2015            /s/ Stephen R. Bough
                               Stephen R. Bough
                               United States District Judge